IN HE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No: 7:10-CR-00098-BR

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| TONY DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion of Defendant to waive the $3.50 cost for a copy of the docket sheet in this matter due to Defendant's inability to pay. [DE-48]. Defendant's request is ALLOWED and the Clerk of Court is DIRECTED to mail Defendant a copy of the court's docket sheet in this matter.

SO ORDERED, this 22 day of January 2014.

Robert B. Jones, Jr.
United States Magistrate Judge